HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
TEL: 916-498-5700 FAX: 916-498-5710

Attorneys for Defendant
PRESTON C. CALDWELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>PRESTON C. CALDWELL,<br><br>          Defendant. | CASE NO. 2:18-PO-00137-DB<br><br>STIPULATION AND ORDER TO RESET COLLATERAL AND QUASH WARRANT<br><br><br>JUDGE:  Hon. Deborah Barnes |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney STEPHEN CODY, and Assistant Federal Defender LINDA C. ALLISON, attorney for PRESTON C. CALDWELL, that the Court reset the total collateral in this case to $130 (including the $30- processing fee), that the warrant be quashed and the case closed.

   Mr. Caldwell received a ticket for failure to comply with inspection at the social security office in violation of 41 CFR 102-74.370. The ticket had a fine of $100 and a $30 processing fee listed. Mr. Caldwell was unable to pay the fine in time and did not show up for his court date on June 12, 2018. A forfeitable bench warrant in the amount of $260 subsequently issued.

   Mr. Caldwell has since notified the federal public defenders office that he had been homeless, that he was in the Sacramento County Jail, and that he had enough money to pay the fine. The federal defenders office helped him make arrangements for payment. There has since been a $130 payment to CVB that is reflected on the docket. The parties agree that this should resolve and close the case.

1

DATED: September 9, 2019            Respectfully submitted,

                                               HEATHER WILLIAMS
                                               Federal Defender

                                               /s/ Linda Allison
                                               LINDA ALLISON
                                               Assistant to the Federal Defender
                                               Attorneys for Defendant
                                               PRESTON C. CALDWELL

Dated: September 9, 2019             McGREGOR W. SCOTT
                                               United States Attorney

                                               /s/ Linda C. Allison for
                                               STEPHEN CODY
                                               Special Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED.

Dated: September 13, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE